# United States Navy–Marine Corps Court of Criminal Appeals

———————————————

**UNITED STATES**
Appellee

**v.**

**Philip E. YBANEZRAMIREZ**
Corporal (E-4), U.S. Marine Corps
Appellant

**No. 201800344**

Appeal from the United States Navy-Marine Corps Trial Judiciary.

Decided: 21 March 2019.

Military Judge:
Lieutenant Colonel Keith A. Parrella, USMC.

Sentence adjudged 20 August 2018 by a special court-martial convened at Camp Lejeune, North Carolina, consisting of a military judge sitting alone. Sentence approved by convening authority: reduction to E-1, confinement for 6 months,* and a bad-conduct discharge.

For Appellant:
*Lieutenant Colonel Lee C. Kindlon, USMCR.*

For Appellee:
*Brian K. Keller, Esq.*

———————————————

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

---

* The Convening Authority suspended confinement in excess of 120 days pursuant to a pretrial agreement.

Before HUTCHISON, TANG, and GEIS
*Appellate Military Judges.*

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court